**Brian FURMAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, and Mike Fisher, Attorney General of PA, Appellees.**

Supreme Court of Pennsylvania.

Oct. 23, 2003.

the issue before the trial court, the trial court exceeded this limited review when it decided the natural expansion question, since the Board did not make any findings of fact or conclusions of law on this issue. If the trial

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of October, 2003, probable jurisdiction is noted. The order appealed is affirmed.